UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

**Fabricas Unidas Marvik, S.A. de C.V.**

                          **Plaintiff,**

  v.

**UNITED STATES,**

                         **Defendant.**

**S U M M O N S**

**Court No. 25-00069**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: Laredo, TX (Port Code 2304) | Center (if known): Apparel, Footwear & Textiles (CEE 004) |
|---|---|
| Protest Number: 230424102993 | Date Protest Filed: 5/20/2024 |
| Importer: Fabricas Unidas Marvik, S.A. de C.V. | Date Protest Denied: 11/18/2024 |
| Category of Merchandise: Apparel | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 58101864287 | 8/11/2023 | 4/26/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Michael K. Tomenga
Neville Peterson LLP
1310 L St., N.W. Suite 300
Washington, DC 20005-4780
(202) 776-1148
mtomenga@npwdc.com

  Name, Address, Telephone Number
  and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Men's MMF Pants<br>Women's MMF Pants<br>Women's MMF Shorts | 6203.43.9030<br>6203.43.9040<br>6204.53.3010<br>6204.63.1132<br>6204.63.9040 | 27.9%<br>27.9%<br>16.0%<br>28.5%<br>28.6% | S+6203.43.9011<br>S+6204.63.1110<br>S+6204.63.9032<br>and<br>9823.52.01 | 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Misclassification of apparel and erroneous denial of claims for USMCA Trade Preference Level duty free status for nonoriginating apparel of Mexico

The issue which was common to all such denied protests: The apparel are goods of Mexico eligible for duty free treatment under the USMCA Trade Preference Level Program (TPL) as provided in HTSUS subheading 9823.52.01 and supported by TPL Certificates submitted.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

s/ Michael K. Tomenga
*Signature of Plaintiff's Attorney*

April 16, 2025
*Date*

## SCHEDULE OF PROTESTS

**Apparel, Footwear & Textiles (CEE 004)**
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 230424102994 | 5/20/2024 | 11/18/2024 | 58101875416 | 8/26/2023 | 4/26/2024 | 2304 |
| 230424102995 | 5/20/2024 | 11/18/2024 | 58101897683 | 9/22/2023 | 4/26/2024 | 2304 |
| 230424102996 | 5/20/2024 | 11/18/2024 | 58101904513 | 9/30/2023 | 4/26/2024 | 2304 |
| 230424102998 | 5/20/2024 | 11/18/2024 | 58101930559 | 10/27/2023 | 4/26/2024 | 2304 |
| 230424103000 | 5/20/2024 | 11/18/2024 | 58102963832 | 12/05/2023 | 4/26/2024 | 2304 |
| 230424103001 | 5/20/2024 | 11/18/2024 | 58101971645 | 12/14/2023 | 4/26/2024 | 2304 |
| 230424103004 | 5/20/2024 | 11/18/2024 | 58101980125 | 12/22/2023 | 4/26/2024 | 2304 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)